FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02240 BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

R. WILEY, Warden,

    Defendant.

---

## ORDER

---

On October 16, 2007, Plaintiff submitted to the Court a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient because Plaintiff has failed to include a certified copy of his trust fund account statement. Notwithstanding the deficiency, the Clerk of the Court will be directed to commence a civil action. Any papers which the Plaintiff files in response to this Order must include the civil action number on the Order.

In the Complaint, Mr. Young asserts that Defendant Warden Wiley changed the established procedures for obtaining certified copies of account statements in retaliation of inmates filing complaints in courts. Plaintiff further contends that he has not been able to obtain an account statement since May 2007 despite numerous requests. Mr.

Young, however, fails to assert whether or not he has followed the new procedure when he requested a certified copy of his account statement.

The Clerk of the Court will be directed to send a copy of the instant Order and the Prisoner Complaint in the instant action to the Florence ADX Warden. The Court seeks assistance from the Warden in verifying whether Mr. Young followed the proper procedure to obtain a certified copy of his inmate account statement and that indeed he was denied a copy. If the request was denied the Court also seeks assistance from the Warden in obtaining a copy of Mr. Young's account statement for filing with the Court. Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that any papers which Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Clerk of the Court send a copy of the instant Order and the Prisoner Complaint to the Florence ADX Warden. It is

FURTHER ORDERED that within thirty days the Florence ADX Warden assist the Court in determining the validity of the denial of Mr. Young's request and in obtaining a certified copy of his account statement.

DATED at Denver, Colorado, this 22d day of October, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   07 - CV - 02240

Timothy Doyle Young
Reg. No. 60012-001
USP - MAX
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  10/24/07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk