IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DEN, TT COLORADO

NOV 21 2007

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 07-cv-02240-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

R. WILEY,

    Defendant.

---

## ORDER TO STRIKE

---

This matter is before the Court on the *pro se* document titled "Objection to Order," submitted to the Court on November 6, 2007, by Plaintiff Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado. In the document, Mr. Young objects to Magistrate Judge Boyd N. Boland's October 24, 2007, Order. Plaintiff's filing is another of his attempts to inundate the Court with unnecessary filings.

The Court warned Plaintiff, in a previous case, *Young v. U.S. Dep't of Justice*, No. 07-cv-00857-ZLW (D. Colo. Aug. 2, 2007), that any filing he submits to the Court that is merely an attempt to flood the Court with unnecessary filings will be stricken. The Court finds that Mr. Young's November 6, 2007, Objection filed in the instant action is unnecessary and will be stricken. If Plaintiff continues to inundate the Court with unnecessary filings in the instant action the Complaint and action will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Accordingly, it is

ORDERED that the Clerk of the Court is directed to strike Plaintiff's November 6, 2007, filing.

DATED at Denver, Colorado, this 14 day of November, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02240-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/21/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk