IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02240-BNB

TIMOTHY DOYLE YOUNG,

Plaintiff,

v.

R. WILEY

Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's Motion to Strike, filed February 11, 2008, is DENIED as inappropriate.

Dated: February 12, 2008

Copy of this **Minute Order,** was mailed on February 12, 2008, to the following:

Timothy Doyle Young
Reg. No. 60012-001
Florence - ADX
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk